B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Iglesia Puerta del Cielo, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-2235557** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**9405 Betel Drive**<br>**El Paso, TX**<br>ZIP CODE **79907-3457** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (04/13) — Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Iglesia Puerta del Cielo, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: Western District Of Texas - El Paso Division | Case Number: 09-32520-lmc | Date Filed: 11/6/2009 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
                                              Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Iglesia Puerta del Cielo, Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br><br>X _____<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Wiley F. James, III**<br>**Wiley F. James, III**     Bar No. **10554300**<br><br>James & Haugland, P.C.<br>609 Montana Ave.<br>El Paso, Texas 79902<br><br>Phone No. **(915) 532-3911**    Fax No. **(915) 541-6440**<br>11/12/2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Iglesia Puerta del Cielo, Inc.**<br><br>X **/s/ Marco Antonio Aguirre**<br>Signature of Authorized Individual<br><br>**Marco Antonio Aguirre**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**11/12/2013**<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. |
| IGLESIA PUERTA DEL CIELO, INC. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Marco Antonio Aguirre, President of Iglesia Puerta del Cielo, Inc. (hereinafter referred to as the "Company") declare under penalty of perjury that on October 13, 2013, the following resolution was duly adopted by the Board of Directors Iglesia Puerta del Cielo, Inc.:

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, Marco Antonio Aguirre, President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, Marco Antonio Aguirre, President of Iglesia Puerta del Cielo, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that, Marco Antonio Aguirre, President of Iglesia Puerta del Cielo, Inc., is authorized and directed to employ Wiley F. James, III, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

Executed on this 13 day of October, 2013.

IGLESIA PUERTA DEL CIELO, INC.

By: _____
Marco Antonio Aguirre, President

## UNANIMOUS RESOLUTION OF BOARD OF DIRECTORS OF IGLESIA PUERTA DEL CIELO, INC.

"WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court, Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that, Marco Antonio Aguirre, President of this Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that, Marco Antonio Aguirre, President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such Chapter 11 bankruptcy case; and

Be It Further Resolved, that, Marco Antonio Aguirre, President of this Company, is authorized and directed to employ Wiley F. James, III, attorney and the law firm of James & Haugland, P.C. to represent the Company in such bankruptcy case."

Executed to be effective as of the 13 day of October, 2013

_____
Luz Aguirre, Director

_____
Jason Lemmon, Director

_____
Graciela Almodovar, Director

## CONSENT OF THE DIRECTORS AND SHAREHOLDERS
## OF IGLESIA PUERTA DEL CIELO, INC.

Pursuant to Article 1396-2.09 of the Texas Non-Profit Corporation Act ("TNPCA") and Business Organizations Code ("BOC") 22.102 and in accordance with the bylaws of IGLESIA PUERTA DEL CIELO, INC.(hereinafter the "Corporation"), the President of IGLESIA PUERTA DEL CIELO, INC., hereby executes this written consent to evidence the requisite majority consent on September 30, 2013, to the following:

WHEREAS, IGLESIA PUERTA DEL CIELO, INC. is unable to pay its debts:

RESOLVED, that this Corporation file a voluntary case in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 U.S.C.A. and that Marco Antonio Aguirre, President of this Corporation, be and is hereby authorized and directed to make, verify and file all petitions, Schedules, Statement of Financial Affairs, lists and other papers as may be necessary to procure an Order for Relief and is hereby authorized and directed to make, verify and file all Disclosure Statements and Plans of Reorganizations necessary.

IT IS FURTHER RESOLVED, that this Corporation be and it is hereby authorized to retain the law firm of James & Haugland, P.C. to represent it in proceedings under Chapter 11 of Title 11 U.S.C.A. and to do all things as may be necessary to aid in the reorganization of the Corporation.

This consent shall be filed with the minutes of the proceedings of the Directors and Shareholders of this Corporation.

Dated this 13 day of October, 2013.

_____
Luz Aguirre, Director

_____
Jason Lemmon, Director

_____
Graciela Almodovar, Director

_____
Marco Antonio Aguirre, Shareholder

_____
Luz Aguirre, Shareholder

## MINUTES OF SPECIAL SHAREHOLDER'S AND DIRECTOR'S MEETING

WHEREAS, on this date, came on to be conducted a duly noticed Meeting of Directors and Shareholders pursuant to that Notice issued by Marco Antonio Aguirre, President; and,

WHEREAS, IGLESIA PUERTA DEL CIELO, INC. is unable to pay its debts:

IT IS THEREFORE RESOLVED, that this Corporation file a voluntary case in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, pursuant to Chapter 11 of Title 11 U.S.C.A. and that Marco Antonio Aguirre, President of this Corporation, be and is hereby authorized and directed to make, verify and file all petitions, Schedules, Statement of Financial Affairs, lists and other papers as may be necessary to procure an Order for Relief and is hereby authorized and directed to make, verify and file all Disclosure Statements and Plans of Reorganizations necessary.

IT IS FURTHER RESOLVED, that this Corporation be and it is hereby authorized to retain the law firm of James & Haugland, P.C. to represent it in proceedings under Chapter 11 of Title 11 U.S.C.A. and to do all things as may be necessary to aid in the reorganization of the Corporation.

There being no further business, the meeting was adjourned at 10:00 a.m. on the 30th day of September, 2013.

Dated this 13 day of October, 2013.

_____  
Luz Aguirre, Director

_____  
Jason Lemmon, Director

_____  
Graciela Almodovar, Director

_____  
Marco Antonio Aguirre, Shareholder

_____  
Luz Aguirre, Shareholder

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE: Iglesia Puerta del Cielo, Inc.  CASE NO

CHAPTER 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept: $23,409 Pre-Petition and $20,000 for the Chapter 11
   Prior to the filing of this statement I have received: $23,409
   Balance Due: $20,000

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/12/2013 | /s/ Wiley F. James, III |
| --- | --- |
| Date | Wiley F. James, III    Bar No. 10554300 |
| | James & Haugland, P.C. |
| | 609 Montana Ave. |
| | El Paso, Texas 79902 |
| | Phone: (915) 532-3911 / Fax: (915) 541-6440 |

---

/s/ Marco Antonio Aguirre
*Marco Antonio Aguirre*
*President*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE: Iglesia Puerta del Cielo, Inc.　　　　　　　　　　Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jose Canales<br>c/o T.O. Gilstrap<br>5915 Silver Springs<br>Bldg. 2<br>El Paso, TX 79912 | | Other | | $105,318.64 |
| Raul Arizpe<br>c/o Dennis Richard<br>Wigington Rumley Dunn, LLP<br>601 Howard St.<br>San Antonio, TX 78212 | | Other | | $87,431.44 |
| Jensen Harmon & Company<br>211 W. Yandell<br>El Paso, TX 79907 | | Notice Only | | $0.00 |
| United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295 | | Trustee | | $0.00 |
| Time Warner<br>PO Box 60074<br>City of Industry, CA 91716-0074 | | Notice Only | | $0.00 |
| The El Paso Electric Company<br>P.O. Box 650801<br>Dallas, TX 75265-0801 | | Notice Only | | $0.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: Iglesia Puerta del Cielo, Inc.  Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Texas Gas Service<br>P.O. Box 219913<br>Kansas City, MO 64121-9913 | | Notice Only | | $0.00 |
| Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | | Notice Only | | $0.00 |
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | | Notice Only | | $0.00 |
| Great America<br>PO Box 660831<br>Dallas, TX 75266-0831 | | Lease Agreement | | $0.00 |
| El Paso Water Utilities<br>P.O. Box 511<br>El Paso, TX 79961-0511 | | Notice Only | | $0.00 |
| El Paso Disposal<br>PO Box 660177<br>Dallas, TX 75266-0177 | | Notice Only | | $0.00 |
| El Paso County Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999 | | Taxes | | $0.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: Iglesia Puerta del Cielo, Inc.　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| El Paso Central Appraisal District<br>5801 Trowbridge<br>El Paso, TX 79925 | | Taxes | | $0.00 |
| Comptroller Public Account<br>P.O. Box 149348<br>Austin, TX 78714-9348 | | Notice Only | | $0.00 |
| City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | Notice Only | | $0.00 |
| AT&T<br>PO Box 537104<br>Atlanta, GA 30353-7104 | | Notice Only | | $0.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __**President**__ of the __**Corporation**__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __11/12/2013__　　　　　Signature: __/s/ Marco Antonio Aguirre__
　　　　　　　　　　　　　　　　　　　　*Marco Antonio Aguirre*
　　　　　　　　　　　　　　　　　　　　**President**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Iglesia Puerta del Cielo, Inc.

CASE NO

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 11/12/2013

Signature /s/ Marco Antonio Aguirre
*Marco Antonio Aguirre*
*President*

Date _____

Signature _____

| | | |
|---|---|---|
| AT&T<br>PO Box 537104<br>Atlanta, GA 30353-7104 | Ernesto Herrera<br>609 Meadow Willow Dr.<br>El Paso, TX 79922 | Noe Rodriguez-Avila<br>5760 Diamond Point Circle<br>El Paso, TX 79912 |
| Carlos E. Flores<br>Brown McCarroll, LLP<br>221 N. Kansas St.<br>Suite 2000<br>El Paso, TX 79901 | Evangelical Christian Credit Union<br>PO Box 2400<br>Brea, CA 92822-2400 | Raul Arizpe<br>c/o Dennis Richard<br>Wigington Rumley Dunn, LLP<br>601 Howard St.<br>San Antonio, TX 78212 |
| City of El Paso<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | Great America<br>PO Box 660831<br>Dallas, TX 75266-0831 | Sidney Diamond, P.C.<br>3800 N. Mesa, Suite C-4<br>El Paso, TX 79902 |
| Comptroller Public Account<br>P.O. Box 149348<br>Austin, TX 78714-9348 | Harmony Science Academy<br>9405 Betel Drive<br>El Paso, TX 79907 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 |
| David G. Aelvoet<br>Linebrger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | T. Barrett Wood<br>303 Texas Ave.<br>Suite 900<br>El Paso, TX 79901 |
| Dennis Richard<br>7362 Remcon Circle<br>El Paso, TX 79902 | Isaac Williams Group<br>c/o Mills Escrow<br>6501 Boeing, Suite H-4<br>El Paso, TX 79925 | T.O. Gilstrap, Jr.<br>5915 Silver Springs, Bldg. 2<br>El Paso, TX 79912 |
| El Paso Central Appraisal District<br>5801 Trowbridge<br>El Paso, TX 79925 | James W. Brewer<br>221 N. Kansas<br>Suite 1700<br>El Paso, TX 79901 | Texas Gas Service<br>P.O. Box 219913<br>Kansas City, MO 64121-9913 |
| El Paso County Tax Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999 | Jensen Harmon & Company<br>211 W. Yandell<br>El Paso, TX 79907 | The El Paso Electric Company<br>P.O. Box 650801<br>Dallas, TX 75265-0801 |
| El Paso Disposal<br>PO Box 660177<br>Dallas, TX 75266-0177 | Jose Canales<br>c/o T.O. Gilstrap<br>5915 Silver Springs<br>Bldg. 2<br>El Paso, TX 79912 | Time Warner<br>PO Box 60074<br>City of Industry, CA 91716-0074 |
| El Paso Water Utilities<br>P.O. Box 511<br>El Paso, TX 79961-0511 | Judgment Creditors<br>c/o Mills Escrow<br>6501 Boeing, Suite H-4<br>El Paso, TX 79925 | United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295 |